UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------- X
THEODORE WILCZYNSKI                 :
              Plaintiff,     :   Civ. Action No. 6:20-cv-6616

       -against-                   :

GATES COMMUNITY CHAPEL OF           :
ROCHESTER d/b/a FREEDOM VILLAGE
USA and FLETCHER A. BROTHERS aka :
Pastor Brothers,                       **STIPULATION OF DISMISSAL**
                            :
             Defendants.    :
---------------------------------- X

    Pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff, Theodore Wilcynski ("Plaintiff"), and Defendant, GATES COMMUNITY CHAPEL of ROCHESTER, INC. d/b/a FREEDOM VILLAGE USA and FLETCHER A. BROTHERS (a/k/a PASTOR BROTHERS), ("Defendant"), hereby stipulate, via their respective legal counsel, to the dismissal on the merits and with prejudice, and without costs to any party as against another, of all claims asserted by all parties. Plaintiff and the Defendant further stipulate, in accord with Local Rule 41(A) of this District, that no party hereto is an infant or incompetent.

**SO STIPULATED:**

Dated: December 28, 2023                   Dated: 2-1-24, 20__

_____      _____
Ralph DeSimone, Esq.                           Joseph W. Carbonaro, Esq.
DESIMONE & ASSOCIATES, LLC           CARBONARO LAW, PC
*Attorneys for Plaintiff*                            *Attorneys for Defendant*
745 Fifth Avenue, Suite 500              757 Third Avenue, 20th Floor
New York, New York 12207                New York, New York 10017
Bar Roll Number: 512167                 Bar Roll Number: 2061455
(646) 776-7425                                     (212) 888-5200

{A0636308.1}